BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3689
    Fax: (510) 637-3724
    E-Mail: keslie.stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-0170 CW |
| Plaintiff, | ) |
| v. | ) AMENDED JOINT STIPULATION AND [PROPOSED] ORDER RE REQUEST FOR CONTINUANCE OF COMPETENCY HEARING |
| TONI DENISE DANIELS, | ) |
| Defendant. | ) |

    The above captioned matter is currently set for a competency hearing on June 7, 2016. The Parties jointly request that the competency hearing be vacated and the matter continued to July 5, 2016, at 2 p.m. for status.

    After reviewing the relevant reports in this matter the parties have met and conferred over the process for conducting Ms. Daniels' upcoming competency hearing. The parties agreed to, and have, jointly requested additional medical records from Santa Rita Jail. The parties are still awaiting receipt of those records, and once they are received, the parties plan to jointly interview a doctor at Santa Rita Jail who has seen Ms. Daniels recently. The parties have also discussed having Ms. Daniels examined by a jointly-selected neuropsychologist after receiving and reviewing the additional records. A continuance

JOINT STIPULATION AND [PROPOSED] ORDER
RE CONTINUANCE OF COMPETENCY HEARING
CR-14-0170 CW

to July 5, 2016, should allow the parties to receive and review the additional records, to conduct the joint interview, and to determine if it is necessary to have a neuropsychologist examine Ms. Daniels.

**SO STIPULATED:**

          MELINDA HAAG
          United States Attorney

Dated: May 19, 2016          _____/s/_____
          KESLIE STEWART
          Assistant United States Attorney


Dated: May 19, 2016          _____/s/_____
          EDWIN PRATHER
          Attorney for Defendant
          TONI DENISE DANIELS

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the competency hearing currently set for June 7, 2016, is continued to July 5, 2016, at 2:00 p.m. for status. Based on the parties' stipulation and the nature of these proceedings and delay, time is excluded from the Speedy Trial Act calculations until July 5, 2016, pursuant to 18 U.S.C. § 3161(h)(1)(A) (delay resulting from proceedings to determine mental competency).

IT IS SO ORDERED.

DATED: 5/20/16          _____
          CLAUDIA WILKEN
          United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
RE CONTINUANCE OF COMPETENCY HEARING
CR-14-0170 CW